USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/15/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFF-WHITE, LLC

                    Plaintiff,

-against-

ALINS, ANTONY ARCHIBALD, CHAIRUIY, CRAVELOOK, DORYN_LEB, DUOLU, DWARM, DYMA_STORE, FANXIAOPENG, HYPEBEAST CO., JIAHU MALL, KEITH KNOWLES (STORE), KICKSIXSTORE, KIWBOOD, LANFOO LANZHX, LUQUANQUS, MIEDAING, NIS INDUSTRIES, PAGCOME, QCOVER, RADU'S STORE, REANYST, REAYOUS, SAKA LAKA, SAWYUE, SHENZHENSHIXUESHANHUANBAOKEJIYOU XIANGONGSI, SUNNIYU, THE SOPRANOS, and ZC OUTDOOR PRODUCTS,

                    Defendants.

19 Civ. 9593 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because Plaintiff has effected service on all Defendants and third parties covered by the Court's October 18, 2019 temporary restraining order, and all but one third party has fully complied with the terms of that order, there is no longer any need for this case or the filings in it to remain sealed. Accordingly, it is hereby ORDERED that the file in this case, and all papers contained therein, shall be unsealed.

    SO ORDERED.

Dated: November 15, 2019
        New York, New York

_____
ANALISA TORRES
United States District Judge