Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:     (212)873-0250
Facsimile:     (646)395-1585
*Attorneys for Plaintiff*
*Off-White LLC*



*Memattod, T*
*Pong, I*

19CV9593

JUDGE TORRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| OFF-WHITE LLC, | |
|---|---|
| *Plaintiff* | CIVIL ACTION No. _____ |
| v. | |
| ALINS, ANTONY ARCHIBALD, CHAIRUIY, CRAVELOOK, DORYN_LEB, DUOLU, DWARM, DYMA_STORE, FANXIAOPENG, HYPEBEAST CO., JIAHU MALL, KEITH KNOWLES (STORE), KICKSIXSTORE, KIWBOOD, LANFOO, LANZHX, LUQUANQUS, MIEDAING, NIS INDUSTRIES, PAGCOME, QCOVER, RADU'S STORE, REANYST, REAYOUS, SAKA LAKA, SAWYUE, SHENZHENSHIXUESHANHUANBAOKEJIYOU XIANGONGSI, SUNNIYU, THE SOPRANOS and ZC OUTDOOR PRODUCTS, | [~~PROPOSED~~] ORDER TEMPORARILY SEALING FILE FILED UNDER SEAL |
| *Defendants* | |

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Virgil Abloh and Brieanne Scully and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this / 7 day of _October_ 2019, at _10'30_ a.m.

_____
UNITED STATES DISTRICT JUDGE

1