UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE, LLC

                Plaintiff,

-against-

ALINS, ANTONY ARCHIBALD, CHAIRUIY, CRAVELOOK, DORYN_LEB, DUOLU, DWARM, DYMA_STORE, FANXIAOPENG, HYPEBEAST CO., JIAHU MALL, KEITH KNOWLES (STORE), KICKSIXSTORE, KIWBOOD, LANFOO LANZHX, LUQUANQUS, MIEDAING, NIS INDUSTRIES, PAGCOME, QCOVER, RADU'S STORE, REANYST, REAYOUS, SAKA LAKA, SAWYUE, SHENZHENSHIXUESHANHUANBAOKEJIYOU XIANGONGSI, SUNNIYU, THE SOPRANOS, and ZC OUTDOOR PRODUCTS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/18/2020_

19 Civ. 9593 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 26, 2019, the Court granted Plaintiff's motion for a preliminary injunction. ECF No. 23. It is ORDERED that by **September 25, 2020**, Plaintiff shall file a letter reporting on the current status of its efforts to effect service, and its intentions with respect to the continuation of this action.

      SO ORDERED.

Dated: September 18, 2020
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge