UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OFF-WHITE, LLC

Plaintiff,

-against-

ALINS, ANTONY ARCHIBALD, CHAIRUIY,
CRAVELOOK, DORYN_LEB, DUOLU,
DWARM, DYMA_STORE, FANXIAOPENG,
HYPEBEAST CO., JIAHU MALL, KEITH
KNOWLES (STORE), KICKSIXSTORE,
KIWBOOD, LANFOO LANZHX, LUQUANQUS,
MIEDAING, NIS INDUSTRIES, PAGCOME,
QCOVER, RADU'S STORE, REANYST,
REAYOUS, SAKA LAKA, SAWYUE,
SHENZHENSHIXUESHANHUANBAOKEJIYOU
XIANGONGSI, SUNNIYU, THE SOPRANOS,
and ZC OUTDOOR PRODUCTS,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020

19 Civ. 9593 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 20, 2020, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 31. In support, Plaintiff submitted two affidavits with accompanying exhibits, a memorandum of law and a proposed default judgment (the "Supporting Papers"). ECF Nos. 31–35. Accordingly:

1. In light of the COVID-19 pandemic, the motion for default judgment will be resolved **on the papers.**

2. By **December 2, 2020**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendants by the means authorized in the Temporary Restraining Order ¶ IV.A.1, ECF No. 18.

3. By **December 4, 2020**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **December 23, 2020**, Defendants shall respond to Plaintiff's motion.

5.  By **January 4, 2021**, Plaintiff shall submit its reply, if any.

SO ORDERED.

Dated:  November 25, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge